JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 491 -- IN RE LAWN KING, INC. TRADEMARK AND CONTRACT LITIGATION

| Date | Pldg. | Pleading Description |
|---|---|---|
| 81/11/19 | 1 | MOTION, MEMORANDUM, CERT. OF SVC., SCHEDULE OF CASES -- Defts. Daniel P. Brockwell, Jr. and George W. Graham, Jr. SUGGESTED TRANSFEREE DISTRICT: D. Maryland SUGGESTED TRANSFEREE JUDGE: (eaf) |
| 81/12/01 | 2 | RESPONSE -- Lawn King, Inc. -- w/cert. of service (cds) |
| 81/12/01 |   | APPEARANCE -- ARTHUR H. BLITZ, ESQ. for Lawn King, Inc. (cds) |
| 81/12/09 |   | APPEARANCE -- ~~HENRY J. NOYES, ESQ. for defts.~~ J. BARRY MEINSTER, ESQ. for defts. George Harry Adler, Daniel Brockwell, Alan Crowley, George Grahma, Barbara MacCoy and Helen Shepard (ds) |
| 82/02/08 |   | ORDER DENYING TRANSFER of Litigation pursuant to 28 U.S.C. §1407. Notified involved counsel, clerks and judges. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 491 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LAWN KING, INC. TRADEMARK AND CONTRACT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates 12/8/81 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/8/82 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 491 -- IN RE LAWN KING, INC. TRADEMARK AND CONTRACT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lawn King, Inc. v. George Harry Ader, etc., et al. | D.Md. Ramsey | R81-1881 | | | | |
| A-2 | Lawn King, Inc. v. Alan R. Crowley, etc., et al. | D.Md. Murray | HM81-1885 | | | | |
| A-3 | Lawn King, Inc. v. Barbara Mac Coy, etc., et al. | D.Md. Ramsey | R81-1537 | | | | |
| A-4 | Lawn King, Inc. v. Helen E. Shepard, etc., et al. | D.Md. Howard | JH81-1882 | | | | |
| A-5 | Lawn King, Inc. v. Daniel P. Brockwell, Jr., etc., et al. | E.D.Va. Bryan | 81-781-A | | | | |
| A-6 | Lawn King, Inc. v. George W. Graham, Jr., etc., et al. | E.D.Va. Bryan | 81-0782-A | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 491 -- IN RE LAWN KING, INC. TRADEMARK AND CONTRACT LITIGATION

---

LAWN KING, INC. (A-1,2,3,4,5,6)
Arthur H. Blitz, Esq.
Suite 400 North
7315 Wisconsin Avenue
Bethesda, Maryland  20814

GEORGE HARRY ADER
CATHERINE A. ADER
LAWN RITE AND LAWN KING OF ROSEDALE
ALAN R. CROWLEY
LAWN KING OF CROWNSVILLE
LAWN KING OF SEVERN
LAWN KING OF GLEN BURNIE
BARBARA R. MAC COY
LAWN KING OF ANNAPOLIS
LAWN KING OF CROFTON
HELEN E. SHEPARD
JUDD F. SHEPARD, II
LAWN KING OF REISTERTOWN
LAWN KING OF PIKESVILLE
J. Barry Meinster, Esq. (No App. Rec'd)
Meinster, Semel and Meinster
Suite 200
2400 York Road
Timonium, Maryland  21093

DANIEL P. BROCKWELL
LAWN KARE INC.
LAWN KARE AND LAWN KING OF MCLEAN
GEORGE GRAHAM, JR.
LAWN KING OF MT. VERNON
LAWN KING OF SPRINGFIELD
LAWN KING OF ANNADALE
LAWN CARE AND LAWN CARE BY GEORGE
I. Lionel Hancock, III, Esq.(No App. Rec'd)
Campbell, Hancock and
  Hubard
909 First & Merchants Bank Bldg.
Norfolk, Virginia  23514

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 491 -- IN RE Lawn King, Inc. Trademark and Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| George Harry Ader | A-1 |
| Catherine A. Ader | A-1 |
| Lawn Rite Corporation | A-1 |
| ~~[illegible]~~ | |
| Alan R. Crowley | A-2 |
| Lawn King of Crownsville | A-2 |
| Lawn King of Glen Burnie | A-2 |
| Barbara Mac Coy | A-3 |
| ~~[illegible]~~ | |
| Helen E. Shepard | A-4 |
| Judd F. Shepard | A-4 |

| | |
|---|---|
| Daniel P. Brockwell, Jr. | A-5 |
| Lawn Kare, Inc. | A-5 |
| Lawn King of Springfield | A-6 |
| Lawn King of Annandale | A-6 |
| Lawn Kare By George | A-6 |
| George W. Graham, Jr. | A-6 |
| *[illegible handwriting]* | |
| *[illegible handwriting]* | |
| *[illegible handwriting]* | |
| *[illegible handwriting]* | |
| | |