JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -8 1982

DOCKET NO. 491

PATRICIA D. HOWARD
CLERK OF THE PANEL

2/8/82

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LAWN KING, INC. TRADEMARK AND CONTRACT LITIGATION

ORDER DENYING TRANSFER

    Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to transfer the actions listed on the attached Schedule A, and pending in the Eastern District of Virginia, to the District of Maryland for coordinated or consolidated pretrial proceedings with the actions pending there. Because trial has been completed and judgment entered in the two Virginia actions,

    IT IS ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and hereby is, DENIED as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A
MDL-491 -- IN RE LAWN KING, INC. TRADEMARK AND CONTRACT LITIGATION

District of Maryland

Lawn King, Inc. v. George Harry Ader, etc., et al.,
C.A. No. R81-1881

Lawn King, Inc. v. Alan R. Crowley, etc., et al.,
C.A. No. HM81-1885

Lawn King, Inc. v. Barbara Mac Coy, etc., et al.,
C.A. No. R1-1537

Lawn King, Inc. v. Helen E. Shepard, etc., et al.,
C.A. No. JH81-1882

Eastern District of Virginia

Lawn King, Inc. v. Daniel P. Brockwell, Jr., etc., et al.,
C.A. No. 81-781-A

Lawn King, Inc. v. George W. Graham, Jr., etc., et al.,
C.A. No. 81-0782-A